# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0019. JASMINE LEIGH DOURESSEAUX v. AARON CHRISTIAN THOMAS.

The Appellant in the above-styled case has filed a motion titled Emergency Motion For Grant Of Stay Of Judgement And Enforcement Proceedings pursuant to Court Rule 40 (b). After a thorough review of the materials submitted and the applicable law, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 11/20/2018
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*